UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Loft and Company, Inc. d/b/a BoldLoft <br> 18865 State Rd 54 Suite 328 <br> Lutz, FL 33558 <br>     Plaintiff, <br><br> V. <br><br> Nguyen Thi Kim Phuong <br> Vietnam 870000 Dong Thap 452 ap <br> Long Thanh xa Long Hau, huyen Lai Vung <br> Vietnam <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 8:23-cv-1150-WFJ-SPF <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Loft and Company, Inc., by and through its undersigned counsel, file this, its complaint for damages and injunctive relief against Nguyen Thi Kim Phuong and alleges as follows:

**THE PARTIES**

1. This is an action for copyright infringement against Defendants Nguyen Thi Kim Phuong.

2. Plaintiff, is a corporation organized and existing under the laws of Florida with a principal place of business of 18865 State Rd 54 Suite 328 Lutz, Florida 33558. Plaintiff is an online retailer that sells a wide range of goods. Many of the goods sold by the plaintiff bear Plaintiff's original works of authorship.

3. Upon information and belief, Defendant, Nguyen Thi Kim Phuong, is an individual residing at Vietnam 870000 Dong Thap 452 ap Long Thanh xa Long Hau, huyen Lai Vung Vietnam. Upon information and belief, Defendant manufactures and sells goods throughout the world, including within this Judicial District. The Defendant has committed acts of copyright infringement in this Judicial District, causing damages in this District.



## JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1338(a) as the Plaintiff's cause of action arises under The Copyright Act, 17 U.S.C. §101 et. seq.

5. Pursuant to Florida Statute Section 48.193, this Court has personal jurisdiction over Nguyen Thi Kim Phuong (hereinafter collectively "Defendant") in that the Defendant, as hereinafter alleged, is operating, conducting, engaging in or carrying on a business or business venture in this State, committed acts of copyright in this State, caused injury in this State and otherwise have sufficient minimal contacts to meet the minimal jurisdictional requirements.

6. Venue is proper in the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1391 as a substantial part of the events or omissions giving rise to the claims occurred in this Judicial District and in that defendant has committed acts of copyright infringement as alleged below, in this District and elsewhere.

## FACTUAL BACKGROUND

7. Plaintiff is the owner of all rights in and to the two-dimensional Art Work exemplified in Exhibit A attached hereto (hereinafter "Say I Love You Too Design").

8. The Say I Love You Too Design constitutes a copyrighted work.

9. The Say I Love You Too Design is duly registered with the U.S. Copyright Office, Registration No. VA 1-881-767. A true and correct copy of Registration No. VA 1-881-767 is attached hereto as Exhibit B.

10. Copyright Registration No. VA 1-881-767 is valid and subsisting.

11. At least as early as September 26, 2013, Plaintiff first adopted and used the Say I Love You Too Design in interstate commerce in connection with the sale of coffee mugs, pillow cases and glassware (hereinafter collectively "Goods"). See Exhibit C.

12. The use of the Say I Love You Too Design by Plaintiff, in interstate commerce, and in connection with the Goods, has been continuous from September 26, 2013, to the present date.

13. The Say I Love You Too Design is inherently distinctive.

14. As a result of Plaintiff's long standing use, sales, advertising and marketing, long prior to Defendant's acts alleged herein, the Say I Love You Too Design has acquired a strong distinctive meaning among the public.

15. Plaintiff is, and has been for many years prior to the acts of Defendant complained of herein, engaged in the promotion, advertising and sale of the Goods under the Say I Love You Too Design.

16. Plaintiff, for many years long prior to the acts of Defendant complained of herein, has become widely known as a source of the Goods, having good quality and having acquired a favorable reputation and distinctiveness for the Goods, offered in association with the Say I Love You Too Design.

## DEFENDANT'S INFRINGING ACTS

17. Defendant has had access to Plaintiff's Say I Love You Too Design.

18. Defendant copied Plaintiff's Say I Love You Too Design, made derivatives, and has used the copyrighted work in connection with the manufacture, marketing, distribution and/or sale of the Goods and/or related goods. A copy of Defendant's Infringing Artwork is attached hereto as Exhibit D (hereinafter "Infringing Artwork").

19. Plaintiff has never at any time authorized or granted the Defendant the right to copy the Say I Love You Too Design nor to utilize the Infringing Artwork in conjunction with the manufacture, sale, offering for sale, marketing or distribution of the Goods and/or related goods.

20. The Say I Love You Too Design and the Infringing Artwork are substantially similar.

21. Upon information and belief, the Defendant manufactures, markets and sells the Goods and/or related goods imprinted with the Infringing Artwork throughout the world, including this Judicial District.

22. Plaintiff has continuously used the Say I Love You Too Design long prior to the date of the first use of the Infringing Artwork by Defendant.

23. Defendant's adoption and use of the Infringing Artwork in conjunction with the Goods and/or related goods is likely to cause confusion, to cause mistake, and to deceive as to the affiliation, connection or association of Defendant with Plaintiff or as to the origin, sponsorship, or approval of Defendant's goods and services by Plaintiff.

## **CLAIM FOR RELIEF COPYRIGHT INFRINGEMENT**

24. Plaintiff owns all rights, title and interest in and to the Say I Love You Too Design and the rights sought to be enforced herein.

25. Defendant has had access to the Say I Love You Too Design.

26. Defendant has copied, made derivatives, reproduced, published and/or distributed one or more copies of the Say I Love You Too Design throughout the World, including this Judicial District.

27. The Infringing Artwork is substantially similar to the Say I Love You Too Design.

28. The copying, making derivative copies, reproduction, publication and/or distribution by Defendant of the Say I Love You Too Design was without license, and therefore constitutes an infringement in violation of 17 U.S.C. §501.

29. Plaintiff has suffered a compensable injury by reason of the infringing activities of Defendant, and will continue to suffer irreparable injury unless Defendant's infringing activities are permanently enjoined.

30. Defendant has obtained gains, profits and advantages as a result of its wrongful acts noted herein.

31. Defendant's infringing activities were done knowingly and in a willful and reckless disregard of Plaintiff's rights.

32. Plaintiff has been forced to retain the undersigned counsel to enforce its rights to copyright and is entitled to reasonable fees from Defendant.

33. Plaintiff is entitled to, at its option, statutory damages in lieu of Defendant's profits.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

A. For an injunction restraining and enjoining Defendant and its divisions, subsidiaries, officers, agents and employees and all those persons in active concert or participation with them, from:

(i) making any present or future use of the Say I Love You Too Design or any other work or mark substantially or confusingly similar thereto;

(ii) making any present or future use of the Infringing Artwork or any other work or mark substantially or confusingly similar thereto;

(iii) engaging in any other activity constituting an infringement or dilution of any of Plaintiff's rights in the Say I Love You Too Design.

B. For an order requiring the recall, impoundment and destruction of all products imprinted with the Infringing Artwork and any other work or mark substantially or confusingly similar thereto.

C. For an order requiring Defendant to file with the Court and serve upon Plaintiff's counsel within thirty days after entry of judgment a report in writing and under oath setting forth in detail the manner and form in which Defendant has complied with the requirements of the injunction and order.

D. For an order requiring Defendant to:

(i) Account for and pay over to Plaintiff all damages sustained by Plaintiff by reason of Defendant's unlawful acts alleged herein;

(ii) Account for and pay over to Plaintiff all profits made by Defendant by reason of Defendant's unlawful acts alleged herein;

(iii) Pay Statutory Damages pursuant to 17 U.S.C. § 504;

(iv) Pay enhanced damages as provided by Title 15 and Title 17;

(v) Pay Plaintiff's reasonable attorneys' fees and costs incurred in this litigation.

E. For an order granting Plaintiff such other and further relief as the Court may deem just and appropriate.

## Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/24/2023

Signature of Plaintiff: Wing Yung President

Printed Name of Plaintiff: WING YUNG
Loft and Company Inc. dba BoldLoft
18865 State Rd 54 #328
Lutz, FL 33558

# Exhibit A

# Say I Love You Too design work



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

# Exhibit B

**Registration Number**

VA 1-881-767

Effective date of registration:

September 27, 2013

## Title

| | |
|---|---|
| Title of Work: | Boy Meets Girl 3 |
| Contents Titles: | Happily Ever After |
| | Tie The Knot |
| | You're Worth Every Mile |
| | Say I Love You Too |
| | Love Knows No Distance |
| | Just Married |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2013 | | |
| Date of 1st Publication: | September 26, 2013 | Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Human Touch Co. Ltd. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | Thailand |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | BOLDLOFT |
| | 3959 Van Dyke Rd #198, Lutz, FL, 33558, United States |
| Transfer Statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | BoldLoft |
| Address: | 3959 Van Dyke Rd #198 |
| | Lutz, FL 33558 United States |

## Certification

Page 1 of 2

Name: Wing Yung
Date: September 27, 2013

Correspondence: Yes

Registration #:  VA0001881767
Service Request #:  1-999986271



BoldLoft
3959 Van Dyke Rd #198
Lutz, FL 33558  United States

# Exhibit C

# Say I Love You Too product showcase



♥ Sale ♥   What's New   Gallery   International Orders   F.A.Q.

US & International Free Ship Offers »

**SHOP BY CATEGORIES**

Couple Pillowcases
Couple Coffee Mugs
Couple Glasses
Couple T-Shirts
Body Pillowcases
Euro Pillow Covers
King Size Pillowcases
Gift Sets

**SHOP BY GIFT IDEAS**

Gifts for Her
Gifts for Him
Gifts for Couples
Anniversary Gifts
Wedding Gifts
Long Distance Love
Valentine's Day Gifts
Mom & Dad Gifts

**SHOP BY DESIGNS**

Boy Meets Girl
Boy Meets Girl 2
When In Love
I Meow You
I Do! I Do!
Love A Lot
Love A Lot +
Twoo Hot
2 In Love
F.A.M.I.L.Y

**SHOP BY EXPRESSIONS**

I Love You
I, Too, Love You
I Miss You
Crazy for You
I Meow You
Super Power Love

## Say I Love You Too



Say I Love You Too™ Couple Pillowcase Set
US$ 32.99   US$ 35.99



Say I Love You Too™ Couple Pillowcase Set (Dark Blue)
US$ 36.99



Say I Love You Too™ Body Pillowcase
US$ 36.99



Say I Love You Too™ Couple Mug Set
US$ 36.99

Say I Love You Too™ Couple Drinking Glass Set

# Exhibit D

# Infringed Work





