AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

| | |
|---|---|
| Loft and Company Inc dba BoldLoft<br>18865 State Rd 54 #328<br>Lutz, FL 33558<br>USA<br><br>*Plaintiff(s)*<br>v.<br>Nguyen Thi Kim Phuong<br>Vietnam 870000 Dong Thap 452 ap Long Thanh xa<br>Long Hau, huyen Lai Vung<br>Vietnam<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 8:23-CV-1150-WFJ-SPF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nguyen Thi Kim Phuong
Vietnam 870000 Dong Thap 452 ap Long Thanh xa Long Hau, huyen Lai Vung
Vietnam

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Loft and Company Inc dba BoldLoft
18865 State Rd 54 #328
Lutz, FL 33558
USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/24/23

*Signature of Clerk or Deputy Clerk*